UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUDREY L. KIMNER,<br>        Plaintiff,<br>    v.<br>MARGARET A. POISSANT,<br>        Defendant. | Case No. 5:19-cv-07576-EJD<br>**ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE**<br>Re: Dkt. No. 13 |

On January 29, 2020, this Court determined that the *Rooker-Feldman* doctrine prevented Plaintiff Audrey Kimner from proceeding with her case and dismissed certain Defendants from the action. *See* Dkt. 13. The Court determined, however, that *Rooker-Feldman* did not affect Plaintiff's claim against Defendant Margaret Poissant. *Id.* But, because Plaintiff's Complaint failed to state a claim against Defendant Poissant, the Court granted Plaintiff until February 28, 2020 to amend her complaint. *Id.* The Court warned Plaintiff that the amended complaint must cure the deficiencies or Plaintiff's claims would be dismissed. *See id.* at 4. Plaintiff subsequently filed a motion for reconsideration, which the Court denied. *See* Dkt. 15. In its Order Denying Reconsideration, the Court again informed Plaintiff that she had until February 28, 2020 to file her amended complaint or her claims would be dismissed. *See* Dkt. 15. Despite this, Plaintiff has failed to file an amended complaint. Accordingly, Plaintiff's case is **DISMISSED with prejudice**. The Clerk shall close the file

**IT IS SO ORDERED.**

Dated: March 4, 2020

                                                  EDWARD J. DAVILA
                                                United States District Judge

Case No.: 5:19-cv-07576-EJD
ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE

1