UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUDREY L. KIMNER,<br><br>   Plaintiff,<br><br>   v.<br><br>CAPITAL TITLE OF TEXAS, LLC, et al.,<br><br>   Defendants. | Case No. 5:19-cv-07576-EJD<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 22 |

Before the Court is Plaintiff Audrey Kimner's motion for reconsideration.[1] Plaintiff asks this Court to reconsider its March 2020 order, which dismissed Plaintiff's claims with prejudice. *See* Dkt. 16. Plaintiff subsequently appealed that order.[2] Dkt. 17.

Reconsideration of a final judgment, order, or proceeding is appropriate if the district court (1) is presented with newly discovered evidence; (2) committed clear error or the initial decision was manifestly unjust; or (3) if there is an intervening change in controlling law. *See, e.g., School Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). A motion for reconsideration may not be used to raise arguments or present evidence for the first time when they could reasonably have been raised earlier in the litigation. *Carroll v. Nakatani*, 342 F.3d 934, 945 (9th Cir. 2003).

---

[1] In this District, parties must first file a motion for *leave* to file a motion for reconsideration. *See* N.D. Cal. Civ. L.R. 7-9(a). Plaintiff Kimner only filed a motion for reconsideration. Given Plaintiff's pro se status, the Court interprets Plaintiff's motion as asking for leave to file a motion for reconsideration. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (discussing the lower standard for pro se plaintiffs, namely that they are held to "less stringent standards" with respect to pleadings).

[2] This ground alone prevents the Court from granting Plaintiff's motion for reconsideration. *See* N.D. Cal. Civ. L.R. 7-9(a) (requiring the motion to be brought before entry of judgment).

Case No.: 5:19-cv-07576-EJD
ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION
1

1   Plaintiff presents the Court with evidence that she had in her possession when she
2   originally filed her motion.  She argues that this evidence shows that her claims are meritorious.
3   Even ignoring the other problems with Plaintiff's Complaint, see Dkts. 13, 14, 15, this evidence is
4   not "newly discovered" and so it does not create cause reconsideration.  Accordingly, Plaintiff's
5   motion for reconsideration is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 25, 2020

EDWARD J. DAVILA
United States District Judge

Case No.: 5:19-cv-07576-EJD
ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION
2